

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2019

No. 04-18-00906-CV

**AMERICAN ASSURANCE COMPANY,**
Appellant

v.

Noela **DE LOS SANTOS,** Individually and as next friend of Kimberly A. Ruiz,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-11-45222-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
           Irene Rios, Justice
           Beth Watkins, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court